NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00511-CWH |
| Plaintiff, | **Stipulation to Continue Preliminary Hearing (First Request)** |
| vs. | |
| IVAN AGUSTIN CASTELO-MEZA (1), | |
| JESUS CASTELO-MEZA (2), | |
| JESUS CASTELO-CARRANZA (3), and | |
| KAROLINA MOYA (4), | |
| Defendants. | |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney; Thomas F. Pitaro, Esq., counsel for Ivan Agustin Castelo-Meza (1); Raquel Lazo, Assistant Federal Public Defender, counsel for defendant Jesus Castelo Meza (2); Yi Lin Zheng, Esq., counsel for Jesus Castelo-Carranza (3); and Monti J. Levy, Esq., counsel for Karolina Moya (4):

That the preliminary hearing currently schedule for July 24, 2019 at 4:00 p.m., before the Honorable Carl W. Hoffman, United States Magistrate Judge, be vacated and

continued and set to a time convenient to the Court, but no sooner than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government is providing discovery to defense counsel who has been diligently reviewing but needs additional time to prepare for a preliminary hearing, investigate pre-trial matters, and consider a pre-indictment resolution of this matter.

2. Counsel for the defendants and counsel for the government agree to the continuance.

3. Ivan Agustin Castelo-Meza (1) is detained and agrees to the continuance.

4. Jesus Castelo-Meza (2) is detained and agrees to the continuance.

5. Jesus Castelo-Carranza (3) is detained and agrees to the continuance.

6. Karolina Moya (4) is not detained and agrees to the continuance.

7. Denial of this request for continuance could result in a miscarriage of justice.

8. This is the first request for a continuance.

DATED this 22nd day of July, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

*/s/ Thomas Pitaro*
Thomas P. Pitaro, Esq.
Counsel for Defendant Ivan Agustin Castelo-Meza (1)

*/s/ Raquel Lazo*
Raquel Lazo, Assistant Public Federal Defender.
Counsel for Defendant Jesus Catelo-Meza (2)

/s/ *Yi Lin Zheng*
Yi Lin Zheng, Esq.
Counsel for Defendant Jesus Castelo-Carranza (3)

/s/ *Monti Levy*
Monti J. Levy, Esq.
Counsel for Defendant Karolina Moya (4)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | 2:19-mj-00511-CWH |
|---|---|
| Plaintiff, | **Order Pursuant to Stipulation of the Parties** |
| vs. | |
| IVAN AGUSTIN CASTELO-MEZA (1), | |
| JESUS CASTELO-MEZA (2), | |
| JESUS CASTELO-CARRANZA (3), and | |
| KAROLINA MOYA (4), | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing, the Preliminary Hearing currently scheduled for July 24, 2019 at 1:30 p.m. is vacated, and continued to August 30, 2019 , at 4:00 p.m. in courtroom 3A.

IT IS SO ORDERED

_____
THE HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: July 23, 2019